FILED
02 JUL -9 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

BRADLEY ELLIOTT LOONEY,        )
                               )
        Plaintiff,             )
                               )
v.                             )        CV 01-PWG-2821-NE
                               )
PELL CITY CHAMBER OF COMMERCE; )
JEFF WYATT, CIRCUIT CLERK,     )
                               )
        Defendant.             )

ENTERED
JUL - 9 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 12, 2002, recommending that all of the plaintiff's constitutional, federal and state claims against the Pell City Chamber of Commerce be dismissed. It was further recommended that plaintiff's claims against defendant Wyatt regarding the loss of his ability to perfect an appeal be referred to the magistrate judge for further proceedings. Plaintiff filed an objection on June 27, 2002. (Document # 26).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. Therefore, all of plaintiff's claims in this action except those claims against defendant Wyatt are due to be DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the claims against defendant Wyatt are due to be REFERRED to the magistrate judge for further proceedings.

An appropriate order will be entered.

DATED this 9th day of July, 2002.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

