UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

BRADLEY ELLIOTT LOONEY, )
)
Plaintiff, )
)
v. ) CV 01-PWG-2821-NE
)
JEFF WYATT, CIRCUIT CLERK, )
)
Defendant. )

**MEMORANDUM OF OPINION**

The magistrate judge filed a second report and recommendation on February 27, 2003, recommending that the defendant's motion for summary judgment be granted and this cause dismissed with prejudice. The plaintiff filed objections on March 17, 2003.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact regarding the plaintiff's claims against defendant Wyatt and that defendant Wyatt is entitled to judgment as a matter of law. Accordingly, defendant Wyatt's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 27th day of March, 2003.

UNITED STATES DISTRICT JUDGE